IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 4:04cr58-SPM

MICHEL GONZALO,

      Defendant.
_____/

### ORDER ON MOTION TO APPOINT TRANSLATOR

Pending before the Court is Defendant's Motion to Appoint Translator (doc. 125).  Counsel has been appointed to represent Defendant pursuant to the Criminal Justice Act and the case is currently on direct appeal.  Defendant does not speak English.  He requests a translator to translate an <u>Anders</u> brief from the English language to the Spanish language.

The clerk shall forward the motion (doc. 125) to the United States Court of Appeals for the Eleventh Judicial Circuit.

SO ORDERED this 31st day of January, 2006.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge